# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEON KYUN PARK,

    Park,

    v.

BRIAN E. WILLIAMS, *et al.*,

    The Respondents.

Case No. 2:19-cv-01298-APG-BNW

**SCHEDULING ORDER**

    Keon Kyun Park, a prisoner at Nevada's High Desert State Prison, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. On March 13, 2019, I appointed counsel to represent Park. ECF No. 3. Appointed counsel, the Federal Public Defender for the District of Nevada (FPD), appeared for Park on September 6, 2019. ECF No. 7. Counsel appeared for the Respondents on August 14, 2019. ECF No. 6. Therefore, the following schedule for further proceedings in this action now applies.

    <u>Payment of Filing Fee</u>. Park shall pay the $5 filing fee for this action within 20 days after the entry of this order.

    <u>Amended Petition</u>. If necessary, Park shall file an amended petition for writ of habeas corpus within 90 days after entry of this order. The amended petition shall specifically state whether each ground for relief has been exhausted in state court; for each claim that has been exhausted in state court, the amended petition shall state how, when, and where that occurred. If Park determines that an amended petition need not be filed, then, within 90 days after entry of this order, Park shall file a notice to that effect.

Response to Petition. The Respondents will have 60 days following service of the amended petition to file an answer or other response to the amended petition. If Park does not file an amended petition, the Respondents will have 60 days following the due date for the amended petition to file an answer or other response to Park's petition.

Reply and Response to Reply. Park will have 45 days following service of an answer to file a reply. The Respondents will thereafter have 30 days following service of a reply to file a response to the reply.

Briefing of Motion to Dismiss. If the Respondents file a motion to dismiss, Park will have 60 days following service of the motion to file a response to the motion. The Respondents will thereafter have 30 days following service of the response to file a reply.

Discovery. If Park wishes to move for leave to conduct discovery, Park shall file such motion concurrently with, but separately from, the response to the Respondents' motion to dismiss or the reply to the Respondents' answer. Any motion for leave to conduct discovery filed by Park before that time may be considered premature, and may be denied, without prejudice, on that basis. The Respondents shall file a response to any such motion concurrently with, but separately from, their reply in support of their motion to dismiss or their response to Park's reply. Thereafter, Park will have 20 days to file a reply in support of the motion for leave to conduct discovery.

Evidentiary Hearing. If Park wishes to request an evidentiary hearing, Park shall file a motion for an evidentiary hearing concurrently with, but separately from, the response to the Respondents' motion to dismiss or the reply to the Respondents' answer. Any motion for an evidentiary hearing filed by Park before that time may be considered premature, and may be

denied, without prejudice, on that basis. The motion for an evidentiary hearing must specifically address why an evidentiary hearing is necessary and must meet the requirements of 28 U.S.C. § 2254(e). The motion must state whether an evidentiary hearing was held in state court, and, if so, state where the transcript is located in the record. If Park files a motion for an evidentiary hearing, The Respondents shall file a response to that motion concurrently with, but separately from, their reply in support of their motion to dismiss or their response to Park's reply. Thereafter, Park will have 20 days to file a reply in support of the motion for an evidentiary hearing.

Dated: September 9, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE