**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEON KYUN PARK, | Case No. 2:19-cv-01298-APG-BNW |
| Petitioner, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| v. | (ECF NO. 9) |
| BRIAN E. WILLIAMS, *et al.*, | |
| Respondents. | |

Petitioner Keon Kyun Park was to pay the filing fee for this action or file an application to proceed *in forma pauperis*. *See* Order entered September 9, 2019 (ECF No. 8). On September 30, 2019, Park filed a motion requesting a 21-day extension of time, to October 21, 2019, to pay the fee or file the application. ECF No. 9. Park's counsel states that the extension of time is necessary because of a lockdown at the prison where Park is incarcerated. I find that Park's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

IT IS THEREFORE ORDERED that petitioner Park's motion for extension of time **(ECF No. 9) is GRANTED**. Park will have until and including October 21, 2019, to pay the filing fee or file an application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that, in all other respects, the schedule for further proceedings set forth in the order entered September 9, 2019 (ECF No. 8) will remain in effect.

Dated: September 30, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE