# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEON KYUN PARK,

    Petitioner,

v.

BRIAN E. WILLIAMS, *et al.*,

    Respondents.

Case No.: 2:19-cv-01298-APG-BNW

**ORDER GRANTING IN PART PETITIONER'S MOTION REGARDING PAYMENT OF FILING FEE**

(ECF No. 11)

    In this habeas corpus action, petitioner Keon Kyun Park was to pay the filing fee or file an application to proceed *in forma pauperis* by October 21, 2019. ECF Nos. 8, 10.

    On October 21, 2019, Park filed a motion to compel the respondents to remit his payment of the filing fee to the Court, or, alternatively, for an extension of time to pay the fee. ECF No. 11. On November 4, 2019, Park filed a status report in which he withdraws his motion to compel the respondents to take action but reiterates his motion for an extension of time. ECF No. 12.

    Therefore, I will deny Park's October 21 request that I compel the respondents to take action regarding his payment of the filing fee, but I will grant Park an extension of time, until December 6, 2019, to pay the filing fee.

    I THEREFORE ORDER that the petitioner's motion to compel **(ECF No. 11) is GRANTED IN PART AND DENIED IN PART**. The petitioner is granted until **December 6, 2019** to pay the filing fee for this action or file an application to proceed *in forma pauperis*. In all other respects the motion is denied.

I FURTHER ORDER that, in all other respects, the schedule for further proceedings set forth in the September 9, 2019 order (ECF No. 8) will remain in effect.

Dated: November 5, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE