# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEON KYUN PARK,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN E. WILLIAMS, *et al.*,<br><br>    Respondents. | Case No.: 2:19-cv-01298-APG-BNW<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 16) |

Petitioner Keon Kyun Park was to file an amended habeas petition by December 9, 2019. ECF No. 8. On December 6, 2019, Park filed a motion for extension of time, requesting up to April 7, 2020 to file his amended petition (a 120-day extension of time). ECF No. 16. Park's counsel states that he believes the deadline for the amended petition under the applicable statute of limitations is on that date. This would be the first extension of this deadline. The respondents do not oppose the motion.

Park's motion is made in good faith and not solely for the purpose of delay, and there is good cause for the extension requested. I will grant the extension.

I do not intend for this extension of time to convey any opinion regarding the operation of the statute of limitations, or to extend or otherwise affect in any manner the limitation period for the amended petition.

I THEREFORE ORDER that the petitioner's motion for extension of time **(ECF No. 16)** is **GRANTED**. The petitioner must file his amended habeas petition by **April 7, 2020**. In all

/ / / /

other respects, the schedule for further proceedings set forth in the order entered September 9, 2019 (ECF No. 8) will remain in effect.

Dated: December 9, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE