UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEON KYUN PARK,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>BRIAN E. WILLIAMS, *et al.*,<br><br>　　　　　　　Respondents. | Case No.: 2:19-cv-01298-APG-BNW<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 23) |

　　　Respondents were to file a response to Petitioner Keon Kyun Park's amended habeas petition by June 1, 2020. ECF No. 8. On May 28, 2020, Respondents filed a motion for extension of time, requesting up to July 16, 2020 to file their response to the amended petition (a 45-day extension of time). ECF No. 23. This would be the first extension of this deadline. Park does not oppose the motion. Respondents' motion is made in good faith and not solely for the purpose of delay, and there is good cause for the extension requested. I will grant the extension.

　　　I THEREFORE ORDER that the respondents' motion for extension of time **(ECF No. 23) is GRANTED**. Respondents must file their response to the amended habeas petition by July 16, 2020. In all other respects, the schedule for further proceedings set forth in the order entered September 9, 2019 (ECF No. 8) will remain in effect.

Dated: 5/29/2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE