Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ron Y. Sung
Assistant Federal Public Defender
Nevada State Bar No. 13047
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ron_Sung@fd.org

*Attorney for Petitioner Keon Kyun Park

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Keon Kyun Park,<br><br>         Petitioner,<br><br>    v.<br><br>Brian E. Williams, et al.,<br><br>         Respondents. | Case No. 2:19-cv-01298-APG-BNW<br><br>**Unopposed Motion for Extension of Time to File Reply to Answer [ECF No. 25]**<br><br>**(First Request)** |

Petitioner Keon Kyun Park respectfully asks this Court to enter an Order extending his deadline of September 8, 2020 for filing his Reply to Respondents' Answer by 62 days, or until November 9, 2020. Respondents do not oppose this request. This is Keon's first request for an extension.

## POINTS AND AUTHORITIES

On July 24, 2019, Keon timely mailed a § 2254 petition and Motion for Appointment of Counsel; this court received and filed them on July 26, 2019.[1] The court appointed the Federal Public Defender on August 8, 2019.[2] The Federal Public Defender made an initial appearance on September 6, 2019.[3] Keon filed his Amended Petition on April 2, 2020.[4] Respondents answered on July 16, 2020.[5]

Although undersigned counsel has been diligently working on Keon's reply, counsel is also co-counsel on another case where the court ordered an evidentiary hearing for September 8, 2020, a day before the current deadline for Keon's reply. An extension of time to file the Amended Petition is necessary given the complexity of Keon's case and counsel's other obligations.

This is Keon's first request for an extension on his reply.

On August 21, 202, counsel for Respondents, Deputy Attorney Katrina Samuels indicated by email that Respondents do not oppose this request with the understanding that the lack of objection is not waiver of any procedural defenses or statute of limitations challenges or construed as agreeing with the accuracy of the representations made in this Motion.

Accordingly, Keon respectfully asks this Court to grant this motion and enter an order extending the time in which he may file his Reply to Respondents' Answer by 62 days to November 9, 2020.

---

[1] ECF 1-1 at 45; ECF 2.
[2] ECF 4.
[3] ECF 7.
[4] ECF No. 18.
[5] ECF No. 25.

Case 2:19-cv-01298-APG-BNW   Document 38   Filed 08/25/20   Page 3 of 3

Dated August 25, 2020.

                      Respectfully submitted,

                      Rene L. Valladares
                      Federal Public Defender

                      */s/Ron Y. Sung*
                      Ron Y. Sung
                      Assistant Federal Public Defender

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: __August 25, 2020__

3